People v Williams (2025 NY Slip Op 00621)

People v Williams

2025 NY Slip Op 00621

Decided on January 31, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 31, 2025

PRESENT: WHALEN, P.J., LINDLEY, MONTOUR, OGDEN, AND KEANE, JJ. (Filed Jan. 31, 2025.) 

MOTION NO. (51/23) KA 18-02032.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
TERRY L. WILLIAMS, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.